BELCHER, Commissioner.

Appellant was convicted for the offense of driving an automobile, upon a public highway, while intoxicated and his punishment was assessed at a fine of $50.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts and bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

None on appeal for appellant.

William H. Scott, Crim. Dist. Atty., King C. Haynie, Asst. Crim. Dist. Atty., Houston, Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellants were convicted for the offense of robbery, and the punishment of each was assessed at ten years in the penitentiary.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

## ENSMINGER et al. v. STATE.

No. 26551.

Court of Criminal Appeals of Texas.

Oct. 28, 1953.

## BATSON v. STATE.

No. 26469.

Court of Criminal Appeals of Texas.

Oct. 21, 1953.